IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

#152078
ck #104

| In re: | ) | CASE NO. 09-15894 |
| --- | --- | --- |
| | ) | |
| Benjamin Wilson | ) | CHAPTER 7 CASE |
| Teresa Rowe | ) | |
| Debtor(s). | ) | Judge Pat E. Morgenstern-Clarren |

TO THE CLERK OF COURT:

The attached check no. 104 in the amount of $2,585.27 represents unclaimed funds in this estate and is paid to the Court pursuant to 11 U.S.C. §347(a). The name and address of the parties entitled to these unclaimed funds is as follows:

| CREDITORS NAMES/ADDRESSES | CLAIM NO. | AMOUNT OF CLAIM | AMOUNT OF DIVIDEND |
| --- | --- | --- | --- |
| Internal Revenue Service<br>1240 E.9th St., Room 403<br>Cleveland, OH 44199 | 3 | $14,918.75 | $2,585.27 |

DATED: March 22, 2011

_____
DAVID O. SIMON, TRUSTEE